**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jacob L. ANDERSON, Defendant–
Appellant.**

**No. 14–10276
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 8, 2014.

Adam W. Overstreet, Kenyen Ray Brown, Vicki M. Davis, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Elsie Mae Miller, Fred William Tiemann, Carlos Alfredo Williams, Federal Defender's Office, Mobile, AL, Jacob L. Anderson, Fci Yazoo City Low, Yazoo City, MS, for Defendant–Appellant.

Before JORDAN, ANDERSON and DUBINA, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Jacob L. Anderson in this direct criminal appeal, has moved to withdraw from further representation of Anderson and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. *Id.* at 744, 87 S.Ct. at 1400. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Anderson's conviction and sentence are **AFFIRMED**.